# UNITED STATES DISTRICT COURT
## IN THE WESTERN DISTRICT OF MICHIGAN

**JOSEPH ABBAWI and**
**MATTHEW KEBEDE,**

    Plaintiffs,

v.

**TRANSUNION LLC; EQUIFAX INC.;**
**EXPERIAN INFORMATION SOLUTIONS, INC.;**
**PROCOLLECT, INC.;**
**DTN MANAGEMENT COMPANY.**

    Defendants.

Case No. 23-01169
Hon. Paul L. Maloney

_____

## STIPULATION AND ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE

Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"), through their respective counsel, stipulate to the dismissal of Defendant Experian, only, with prejudice and without costs or attorney fees to any party.

| | |
|---|---|
| /s/ *Robert K. Ochodnicky* (with consent) | /s/ *Tamara E. Fraser* |
| Robert K. Ochodnicky (P75766) | Tamara E. Fraser (P51997) |
| ABMD Law | WILLIAMS, WILLIAMS, RATTNER |
| 1005 S. Washington Ave. | & PLUNKETT, P.C |
| Lansing, MI 48910 | 380 N. Old Woodward, Suite 300 |
| (517) 295-3634 | Birmingham, MI 48009 |
| robert@abmdlaw.com | (248) 642-0333 |
| *Attorney for Plaintiff* | tefraser@wwrplaw.com |
| Dated: January 26, 2024 | *Attorney for Defendant Experian* |
| | Dated:  January 26, 2024 |

01814940.DOCX

**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF MICHIGAN**

**JOSEPH ABBAWI and**
**MATTHEW KEBEDE,**

    Plaintiffs,                                                   Case No. 23-01169
                                                                           Hon. Paul L. Maloney

v.

**TRANSUNION LLC; EQUIFAX INC.;**
**EXPERIAN INFORMATION SOLUTIONS, INC.;**
**PROCOLLECT, INC.;**
**DTN MANAGEMENT COMPANY.**

    Defendants.
_____

**ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE**

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc., only, shall be dismissed with prejudice and without costs or attorney fees awarded to any party.

This does not resolve the last pending claim of this lawsuit.

                                             _____
                                             Hon. Paul L. Maloney
                                             U.S. District Court Judge