**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF MICHIGAN**

**JOSEPH ABBAWI and**
**MATTHEW KEBEDE,**

    Plaintiffs,    Case No. 23-01169
                                                 Hon. Paul L. Maloney

v.

**TRANSUNION LLC; EQUIFAX INC.;**
**EXPERIAN INFORMATION SOLUTIONS, INC.;**
**PROCOLLECT, INC.;**
**DTN MANAGEMENT COMPANY.**

    Defendants.

___

**ORDER TO DISMISS DEFENDANT EQUIFAX, INC. ONLY,**
**WITH PREJUDICE**

The Court having received the Notice of Dismissal by Plaintiffs of Equifax, Inc. only and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Equifax, Inc., only, shall be dismissed with prejudice and without costs or attorney fees awarded to any party.

This does not resolve the last pending claim of this lawsuit.

Date: January 29, 2024                     /s/ Paul L. Maloney
                                               Hon. Paul L. Maloney
                                               U.S. District Court Judge