UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH ABBAWI, et al.,

    Plaintiffs,

v.

TRANSUNION, LLC, et al.,

    Defendants.
_____/

Case No. 1:23-cv-1169

HONORABLE PAUL L. MALONEY

**ORDER OF DISMISSAL AS TO DEFENDANT DTN MANAGEMENT COMPANY**

This Court having sent to counsel for Plaintiffs a Notice of Impending Dismissal as to Defendant DTN Management Company (ECF No. 20) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter as to Defendant DTN Management Company is hereby **DISMISSED** without prejudice.

    **IT IS SO ORDERED**.

Dated:  February 6, 2024

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge