UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH ABBAWI, et al.,

    Plaintiffs,

v.

TRANSUNION, LLC, et al.,

    Defendants.

_____/

Case No. 1:23-cv-1169

HONORABLE PAUL L. MALONEY

**ORDER DISMISSING CASE AS TO DEFENDANT TRANSUNION, LLC**

On February 1, 2024, an order issued directing Plaintiffs to either move for entry of default against Defendant TransUnion, LLC or to show cause why the case against TransUnion should not be dismissed for lack of prosecution (ECF No. 25). Having received no response from Plaintiffs,

**IT IS HEREBY ORDERED** that this case against Defendant TransUnion, LLC is DISMISSED for lack of prosecution pursuant to W.D. Mich. LCivR 41.1.

Dated: February 21, 2024

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge