**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| JOSEPH ABBAWAI and MATTHEW KEBEDE, <br>     *Plaintiffs*, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and PROCOLLECT, INC., <br>     *Defendants.* | § § § § § § § § § § § | Civil Action No. 1:23-cv-01169 <br> Hon. Judge Paul L. Maloney |

**STIPULATION AND ORDER TO DISMISS DEFENDANT
PROCOLLECT, INC., ONLY, WITH PREJUDICE**

Plaintiffs Joseph Abbawai and Matthew Kebede and Defendant ProCollect, Inc., through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of Defendant ProCollect, Inc. only, with prejudice, with each party to bear their own attorneys' fees and costs.

AGREED AS TO FORM AND CONTENT:

By: *s/ Robert K. Ochodnicky (with consent)*
    ROBERT K. OCHODNICKY
    MI Bar No. P75766

1005 S. Washington Ave.
Lansing, MI 48910
(517) 295-3634
robert@abmdlaw.com
*Counsel for Plaintiffs*

By: *s/ Katrina M. DeMarte*
    KATRINA M. DEMARTE
    MI Bar No. P81476

DEMARTE LAW, PLLC
39555 Orchard Hill Place Suite 600
PMB 6338
Novi, MI 48375
313-509-7047
katrina@demartelaw.com
*Counsel for Defendant ProCollect Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| JOSEPH ABBAWAI and MATTHEW KEBEDE, §§§§<br>    *Plaintiffs*, | |
| v. | Civil Action No. 2:23-cv-01169<br>Hon. Judge Paul L. Maloney |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and PROCOLLECT, INC.,<br>    *Defendants*. | |

**ORDER TO DISMISS DEFENDANT**
**PROCOLLECT, INC., ONLY, WITH PREJUDICE**

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant ProCollect, Inc., only, shall be dismissed with prejudice and without costs or attorney fees awarded to any party.

This resolves any remaining pending claims of this lawsuit.

_____
Hon. Paul L. Maloney
U.S. District Court Judge