IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| JOSEPH ABBAWAI and MATTHEW KEBEDE,<br>    *Plaintiffs*,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and PROCOLLECT, INC.,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:23-cv-01169<br>Hon. Judge Paul L. Maloney |

## ORDER TO DISMISS DEFENDANT PROCOLLECT, INC., ONLY, WITH PREJUDICE

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant ProCollect, Inc., only, shall be dismissed with prejudice and without costs or attorney fees awarded to any party.  Plaintiffs' motion to dismiss (ECF No. 30) is DISMISSED AS MOOT.

This resolves any remaining pending claims of this lawsuit.

Date:  April 19, 2024

　　　　　　　　　　　　　　　　　　　　  /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　Hon. Paul L. Maloney
　　　　　　　　　　　　　　　　　　　U.S. District Court Judge